**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

———————

**No. 98-7177**

———————

UNITED STATES OF AMERICA,

Plaintiff - Appellee,

versus

ALFRED CALDWELL,

Defendant - Appellant.

———————

Appeal from the United States District Court for the Eastern District of Virginia, at Norfolk.  Henry C. Morgan, Jr., District Judge.  (CR-92-113-N, CA-97-452-2)

———————

Submitted:  January 21, 1999        Decided:  February 9, 1999

———————

Before LUTTIG, MOTZ, and KING, Circuit Judges.

———————

Dismissed by unpublished per curiam opinion.

———————

Alfred Caldwell, Appellant Pro Se.  Laura Marie Everhart, Assistant United States Attorney, Norfolk, Virginia, for Appellee.

———————

Unpublished opinions are not binding precedent in this circuit. See Local Rule 36(c).

PER CURIAM:

Alfred Caldwell seeks to appeal the district court's order denying his motion filed under 28 U.S.C.A. § 2255 (West 1994 & Supp. 1998). We have reviewed the record and the district court's opinion and find no reversible error. Accordingly, we deny the motion for appointment of counsel, deny a certificate of appealability, and dismiss the appeal on the reasoning of the district court. See United States v. Caldwell, Nos. CR-92-113-N; CA-97-452-2 (E.D. Va. June 30, 1998). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

DISMISSED

2